# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | § § § | |
| | § | **Civil Action No. 4:05cv364** |
| **V.** | § | (Judge Schneider/Judge Bush ) |
| | § | |
| **MARK DAVID SHAPIRO, ET AL.** | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On March 14, 2007, the Report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motions to Dismiss be denied.

The court, having made a *de novo* review of the objections raised by Defendants thereto, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Defendants are without merit.  Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Defendants Motions to Dismiss are DENIED.

**SIGNED this 29th day of March, 2007.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE